IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. ZACHARY R. MACOMBER, and DRAKE L. BANKS SR., Defendants. | **EXHIBIT LIST**<br><br>Case No.:  4:19MJ3115<br>Deputy:   Jeri Bierbower<br>Reporter:  Digital Recorder<br>Date:     September 25, 2019 |
|---|---|

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photo of Zachary Macomber holding rifle | X | R by Def. 2 | X | | 9/25/19 |
| 2 | | | Photo of Macomber in from of a vehicle with rifle | X | R by Def. 2 | X | | 9/25/19 |
| 3 | | | Photo of male with white shorts and guns from Mr. Banks phone | X | R,F by Def. 1<br><br>R by Def. 2 | X | | 9/25/19 |

OBJECTIONS
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)